**Fill in this information to identify the case:**

Debtor 1: Constance Erving Wade

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 23-12312

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no. (if known):** 6

**Last 4 digits of any number you use to identify the debtor's account:** 9 9 6 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2025

**New total payment:** $ 2,032.18
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 730.97       New escrow payment: $ 827.63

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1         Notice of Mortgage Payment Change         page 1

Debtor 1  **Constance Erving Wade**
         First Name   Middle Name   Last Name

Case number (if known) **23-12312**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Tiffany Smith_                               Date **07/18/2025**
Signature

Print:  **Tiffany              Smith**              Title **Bankruptcy Analyst**
        First Name  Middle Name  Last Name

Company  **Trustmark Bank**

Address  **P. O. Box 522**
         Number    Street

         **Jackson              MS    39205**
         City                   State  ZIP Code

Contact phone **601-208-4489**                     Email _____

Official Form 410S1                Notice of Mortgage Payment Change                page 2

**ANALYSIS/REVIEW - PROJECTION STATEMENT**  376    7/18/2025  2:42:37 PM ET    PFSP342

Account No [        ]    Statement: Type         ANNUAL       Date    07/15/25
SHORTAGE WAS SPREAD              BKR

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 8489.92 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 707.49 | Cushion   C-1/6 | 1088.18 |
| Cycle | 09/01/25 - 08/31/26 | RESPA Max 1/6 Cushion | 1088.18 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1935.52 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 03/26 | Anticipated Bal | -353.57 | Required Bal | 1088.18 |
| SHORTAGE  -1441.75 | DEFICIENCY | .00 | | |
| Current Escrow Shortage | -1441.75 | | Percentage of Change | 13.2235% |
| EA Shortage Spread Used | 12 | | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 09/01/25 - |
|---|---|---|
| 1204.55 | PRINCIPAL & INTEREST | 1204.55 |
| 730.97 | ESCROW | 707.49 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 120.14 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1935.52 | TOTAL BORROWER PAYMENT | 2032.18 |

Message:                                    OK                                    MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT**  376    7/18/2025  2:43:24 PM ET    PFSP344

```
+-------------------------Trial   Balance  Detail  -----------------------------+
|    -- To  Escrow  --           -- From  Escrow   --      ---- Escrow  Balance ---- |
|   Month    Antciptd   Cpindex    Antciptd        Desc       ANTCIPTD     Required  |
|                      STARTING BALANCE =>       2366.92    3808.67                  |
|   09/25    707.49     .00       163.40       FHA RI        2911.01      4352.76   |
|   10/25    707.49     .00       163.40       FHA RI        3455.10      4896.85   |
|   11/25    707.49     .00       163.40       FHA RI        3999.19      5440.94   |
|   12/25    707.49     .00       163.40       FHA RI            .00          .00   |
|             .00       .00      3269.46       COUNTY        1273.82      2715.57   |
|   01/26    707.49     .00       163.40       FHA RI        1817.91      3259.66   |
|   02/26    707.49     .00       163.40       FHA RI        2362.00      3803.75   |
|   03/26    707.49     .00      3259.66       HAZARD           .00          .00   |
|             .00       .00       163.40       FHA RI        -353.57      1088.18   |
|   04/26    707.49     .00       163.40       FHA RI         190.52      1632.27   |
|   05/26    707.49     .00       163.40       FHA RI         734.61      2176.36   |
|   06/26    707.49     .00       163.40       FHA RI        1278.70      2720.45   |
|   07/26    707.49     .00       163.40       FHA RI        1822.79      3264.54   |
|   08/26    707.49     .00       163.40       FHA RI        2366.88      3808.63   |
+-------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                    OK                              BOTTOM

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have this 18th day of July, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

Todd Johns (Ch 13 Trustee)

ecf@shrevech13.com

Tiffany Smith

P.O. Box 522

Jackson, MS 39205

**Constance Erving Wade**

1031 Hickory Ridge Dr

Kosciusko, MS 39090

**Thomas C. Rollins, Jr.**

trollins@therollinsfirm.com