

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                            CHAPTER 13 CASE NO.:23-12312-SDM
**CONSTANCE ERVING WADE**

### AMENDED ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM
### PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

    The above-named Debtor(s) filed a Chapter 13 Petition on **8/1/2023**, which subjected all of the Debtor's wages, salary, or commissions to the jurisdiction of the Court while this case is pending. The employer of the Debtor is subject to orders from this Court directing the employer to withhold and remit a certain amount of the Debtor's wages to the duly appointed Chapter 13 Trustee pursuant to 11 U.S.C. § 1325(c) in order to fund the Debtor's Chapter 13 case.

    IT IS, THEREFORE, ORDERED, that **ADVANCE AMERICA, 125 N CHURCH ST, , , SPARTANBURG, SC 29306,** the employer of the Debtor, is hereby directed to pay to the Chapter 13 Trustee the sum of $ **1610.00  BIWEEKLY** commencing the next pay period following receipt of this Order. All payments should be made payable to **Todd S. Johns, Chapter 13 Trustee, P. O. Box 1985, Memphis, TN 381011985**

    IT IS FURTHER ORDERED, that **ADVANCE AMERICA** is hereby directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and Social Security taxes, pensions, union dues (if any), retirement contributions, or child support deductions, and to remit said sum to the Chapter 13 Trustee.

    IT IS FURTHER ORDERED, that **ADVANCE AMERICA** shall immediately cease and discontinue withholding and remitting any funds to pay any wage garnishments.

    IT IS FURTHER ORDERED, that **ADVANCE AMERICA** shall withhold and remit said sum to the Chapter 13 Trustee until further order of this Court.

##END OF ORDER##

ADVANCE AMERICA
125 N CHURCH ST
SPARTANBURG, SC 29306


SUBMITTED BY:
/s/Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7663; trustee.johns@ch13mstrustee.com