# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CONSTANCE ERVING WADE | CASE NO: 23-12312-SDM<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/24/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/24/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CONSTANCE ERVING WADE | CASE NO: 23-12312-SDM<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/24/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/24/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 23-12312-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
THU JUL 24 12-59-13 CDT 2025

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO TX 75024-2302

CAPITAL ONE AUTO FINANCE A DIVISION OF
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF
CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONEWALMART
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 901076
FORT WORTH TX 76101-2076

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD MI 48034-8331

FOURSIGHT CAPITAL LLC
PO BOX 45026
SALT LAKE CITY UT 84145-0026

FOURSIGHT CAPITAL LLC
ATTN BANKRUPTCY
PO BOX 45026
SALT LAKE CITY UT 84145-0026

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

EXCLUDE
~~TODD S JOHNS~~
~~TODD S JOHNS CHAPTER 13 TRUSTEE~~
~~PO BOX 1326~~
~~BRANDON MS 39043-1326~~

MISSISSIPPI SPORTS MEDICINE AND ORTHOP
CO WAKEFIELD  ASSOCIATES LLC
PO BOX 51272
KNOXVILLE TN 37950-1272

MAY ERVING
201 E SOUTH ST
KOSCIUSKO MS 39090-4507

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773-9500

NAVIENT SOLUTIONS LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON WI 53708-8961

JAMES ELDRED RENFROE
RENFROE  PERILLOUX PLLC
648 LAKELAND EAST
SUITE A
FLOWOOD MS 39232-9574

EXCLUDE
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SBA
CO US ATTORNEYS OFFI
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

SHAFER LAW FIRM
2000 RIVER EDGE PKWY
STE 590
ATLANTA GA 30328-4618

SMALL BUSINESS ADMINIS
PO BOX 740192
ATLANTA GA 30374-0192

SMITH ROUCHON  ASSOCIATES
1456 ELLIS AVE
JACKSON MS 39204-2204

SYNCBCF MOTO
PO BOX 965073
ORLANDO FL 32896-5073

SYNCHRONY BANK
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPTAPS
OKLAHOMA CITY OK 73118-7901

SYNCHRONY BANK
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

SYNCHRONY BANK CO AIS PORTFOLIO
SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | THE SURGERY CENTER AT MISSISSIPPI SPORTS<br>CO WAKEFIELD ASSOCIATES LLC<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | TRUSTMARK NATIONAL BANK<br>CO JAMES ELDRED RENFROE<br>RENFROE PERILLOUX PLLC<br>648 LAKELAND EAST<br>SUITE A<br>FLOWOOD MS 39232-9574 |
| U S ATTORNEY<br>NORTHERN DISTRICT OF MISSISSIPPI<br>900 JEFFERSON AVENUE<br>OXFORD MS 38655-3608 | (P)UNITED STATES SMALL BUSINESS ADMINISTRATIO<br>ATTN LOUISIANA DISTRICT OFFICE<br>500 POYDRAS STREET SUITE 828<br>NEW ORLEANS LA 70130-3374 | EXCLUDE<br>U S TRUSTEE<br>501 EAST COURT STREET SUITE 6430<br>JACKSON MS 39201-5022 |
| (P)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | DEBTOR<br>CONSTANCE ERVING WADE<br>1031 HICKORY RIDGE DR<br>KOSCIUSKO MS 39090-4231 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Constance Erving Wade, Debtor                Case No. 23-12312-SDM
                                                      **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor's 2017 Dodge Challenger ("Vehicle") is in need of repair. The estimated cost for repairs is approximately $3,977.33.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and one (1) month of plan payments, including any ongoing mortgage payments being paid through the plan, during the month of August 2025, so those funds will be available to pay for her needed Vehicle repairs.
4. Debtor wishes to resume making plan payments beginning in September 2025.
5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.