CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Constance Erving Wade )  Case No.: 23–12312–SDM
      Debtor(s) )  Chapter: 13
              )  Judge: Selene D. Maddox
              )
              )

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 7/1/26 at 10:30 AM

Responses Due: 6/22/26

to consider and act upon the following:

*58* – Motion to Borrow Filed by Thomas C. Rollins Jr. on behalf of Constance Erving Wade. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 5/27/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LRR
    Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**      **Constance Erving Wade, Debtor**                    **Case No. 23-12312-SDM
CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 08/01/2023.
2. Debtor is paying approximately $3,200.27 to General Unsecured Debts through the plan.
3. The 2017 Dodge Challenger and 2019 Dodge Charger that are being paid through the plan are driven by debtor's dependents.
4. A Supplemental Schedule I and J (Dk #57) has been filed evidencing debtor's current income and expenses and demonstrating her ability to make the proposed direct payments for the vehicle loan.
5. Debtor wishes to borrow up to $20,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment not to exceed $550.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

CONSTANCE ERVING WADE

CASE NO: 23-12312-SDM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/28/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Incur

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

CONSTANCE ERVING WADE

CASE NO: 23-12312-SDM

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/28/2026, a copy of the following documents, described below,

Hearing Notice and Motion to Incur

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 23-12312-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
THU MAY 28 09-35-47 CDT 2026

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO TX 75024-2302

CAPITAL ONE AUTO FINANCE A DIVISION OF
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONEWALMART
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 901076
FORT WORTH TX 76101-2076

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD MI 48034-8331

ECMC
PO BOX 16408
ST PAUL MN 55116-0408

FOURSIGHT CAPITAL LLC
PO BOX 45026
SALT LAKE CITY UT 84145-0026

FOURSIGHT CAPITAL LLC
ATTN BANKRUPTCY
PO BOX 45026
SALT LAKE CITY UT 84145-0026

EXCLUDE

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

TODD S JOHNS
TODD S JOHNS CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326

MISSISSIPPI SPORTS MEDICINE AND ORTHOP
CO WAKEFIELD  ASSOCIATES LLC
PO BOX 51272
KNOXVILLE TN 37950-1272

MAY ERVING
201 E SOUTH ST
KOSCIUSKO MS 39090-4507

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773-9500

NAVIENT SOLUTIONS LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON WI 53708-8961

EXCLUDE

JAMES ELDRED RENFROE
RENFROE  PERILLOUX PLLC
648 LAKELAND EAST
SUITE A
FLOWOOD MS 39232-9574

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SBA
CO US ATTORNEYS OFFI
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

SHAFER LAW FIRM
2000 RIVER EDGE PKWY
STE 590
ATLANTA GA 30328-4618

SMALL BUSINESS ADMINIS
PO BOX 740192
ATLANTA GA 30374-0192

SMITH ROUCHON  ASSOCIATES
1456 ELLIS AVE
JACKSON MS 39204-2204

SYNCBCF MOTO
PO BOX 965073
ORLANDO FL 32896-5073

SYNCHRONY BANK
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPTAPS
OKLAHOMA CITY OK 73118-7901

SYNCHRONY BANK
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

THE SURGERY CENTER AT MISSISSIPPI SPORTS
CO WAKEFIELD  ASSOCIATES LLC
PO BOX 51272
KNOXVILLE TN 37950-1272

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

TRUSTMARK NATIONAL BANK
CO JAMES ELDRED RENFROE
RENFROE  PERILLOUX PLLC
648 LAKELAND EAST
SUITE A
FLOWOOD MS 39232-9574

U S ATTORNEY
NORTHERN DISTRICT OF MISSISSIPPI
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

(P)UNITED STATES SMALL BUSINESS ADMINISTRATIO
ATTN LOUISIANA DISTRICT OFFICE
500 POYDRAS STREET SUITE 828
NEW ORLEANS LA 70130-3374

EXCLUDE

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

(P)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

DEBTOR

CONSTANCE ERVING WADE
1031 HICKORY RIDGE DR
KOSCIUSKO MS 39090-4231