CM/ECF ocrtsvc1
(Rev. 06/16/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Constance Erving Wade | ) | Case No.: 23–12312–SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

### ORDER TO FILE CERTIFICATE OF SERVICE

IT IS ORDERED that any party who has been directed by this Court to serve notices in the above captioned case or proceeding shall comply with the requirement of the Standing Order Delegating Certain Noticing Responsibilities. Such party shall also file a certificate of service within seven (7) days of the date of service of any such notice; and it is

ORDERED that any failure or omission to file such certificate of service by the date below may result in the ex parte dismissal of the motion or application to which such certificate of service relates and the imposition of additional sanctions on the party to whom this order is directed.

Deadline for Service: 6/1/26

Deadline for Filing Certificate of Service: 6/8/26

Dated and Entered: 5/27/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court
Northern District of Mississippi

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 23-12312-SDM

Constance Erving Wade                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: ocrtsvc1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID               Recipient Name and Address**
db                    +  Constance Erving Wade, 1031 Hickory Ridge Dr, Kosciusko, MS 39090-4231

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

James Eldred Renfroe

    on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Thomas C. Rollins, Jr.

    on behalf of Debtor Constance Erving Wade trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns

    vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4