**Fill in this information to identify the case:**

Debtor 1 — Constance Erving Wade

Debtor 2 — (Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of MS (State)

Case number: 23-12312

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Trustmark Bank

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 9 9 6 8

Date of payment change:
Must be at least 21 days after date of this notice
09 / 01 / 2026

New total payment:
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 2018.16

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 827.63          New escrow payment: $ 813.61

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:   Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No
   ☐ Yes.

   Current HELOC payment:     $_____

   Reconciliation amount:     + $_____ or
                              - $_____

Debtor 1  **Constance Erving      Wade**
First Name      Middle Name      Last Name

Case number (*if known*) 23-12312

---

Amount of next payment (including reconciliation amount)          $_____

Amount of the new payment thereafter (without reconciliation amount)          $_____

---

| Part 4: | Other Payment Change |
|---|---|

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment: $ _____

---

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____          Date 7/17/26
    Signature

Print:  **Jason                    Humphrey**          Title **Bankruptcy Analyst**
        First Name      Middle Name      Last Name

Company  **Trustmark Bank**

Address  **PO Box 522**
         Number          Street

         **Jackson**                    **MS**    **39205**
         City                           State    ZIP Code

Contact phone  ( **601** ) **208** _ **4965**          Email  jhumphrey@trustmark.com

---

**ANALYSIS/REVIEW - PROJECTION STATEMENT  376    7/17/2026  1:23:47 PM ET    PFSP342**

Account No  [          ]   Statement: Type        ANNUAL        Date      07/15/26

SHORTAGE WAS SPREAD              BKR

## Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 8963.29 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 746.94 | Cushion    C-1/6 | 1175.50 |
| Cycle        09/01/26  - 08/31/27 | | RESPA Max 1/6 Cushion | 1175.50 |
| Analysis Parameter Review | No ▼ | Loan Status Review | No ▼ |
| Anticipated Escrow Balance Detail | No ▼ | Current PITI | 2032.18 |
| | | PMI Termination Date | 00/00/00 |

## Results

Lowpoint Month: 03/27        Anticipated Bal      375.38        Required Bal        1175.50

SHORTAGE     -800.12    DEFICIENCY         .00

Current Escrow Shortage        -800.12              Percentage of Change      -1.6939%

EA Shortage Spread Used          12              View Trial Balance Detail    No ▼

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 09/01/26 - |
|---|---|---|
| 1204.55 | PRINCIPAL & INTEREST | 1204.55 |
| 827.63 | ESCROW | 746.94 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 66.67 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING    (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 2032.18 | TOTAL BORROWER PAYMENT | 2018.16 |

Message:                              OK                      MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    7/17/2026  1:24:50 PM ET    PFSP344

```
+--------------------------Trial    Balance  Detail  ---------------------------+
                                                     -
|  -- To  Escrow  --          -- From  Escrow  --       ---- Escrow  Balance  ---- |
|  Month    Antciptd   Cpindex    Antciptd      Desc      ANTCIPTD      Required   |
|                             STARTING BALANCE =>      3314.14    4114.26          |
|  09/26    746.94    .00      159.19     FHA RI        3901.89    4702.01 |
|  10/26    746.94    .00      159.19     FHA RI        4489.64    5289.76 |
|  11/26    746.94    .00      159.19     FHA RI        5077.39    5877.51 |
|  12/26    746.94    .00      159.19     FHA RI           .00        .00 |
|            .00      .00     3306.48     COUNTY        2358.66    3158.78 |
|  01/27    746.94    .00      159.19     FHA RI        2946.41    3746.53 |
|  02/27    746.94    .00      159.19     FHA RI        3534.16    4334.28 |
|  03/27    746.94    .00     3746.53     HAZARD           .00        .00 |
|            .00      .00      159.19     FHA RI         375.38    1175.50 |
|  04/27    746.94    .00      159.19     FHA RI         963.13    1763.25 |
|  05/27    746.94    .00      159.19     FHA RI        1550.88    2351.00 |
|  06/27    746.94    .00      159.19     FHA RI        2138.63    2938.75 |
|  07/27    746.94    .00      159.19     FHA RI        2726.38    3526.50 |
|  08/27    746.94    .00      159.19     FHA RI        3314.13    4114.25 |
+------------------------------------------------------------------------------+
----
```

Message:    CLICK RETURN TO EXIT                          OK                          BOTTOM

**CERTIFICATE OF SERVICE**

I, Jason Humphrey, do herby certify that I have this 17th day of July 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice  and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Todd S. Johns**
vardaman13ecf@gmail.com

                    Jason Humphrey
                    **P.O. Box 522**
                    **Jackson, MS 39205**

**Constance Erving Wade**
**1031 Hickory Ridge Dr**
**Kosciusko, MS 39090**

**Thomas C. Rollins, Jr.**
**trollins@therollinsfirm.com**